UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON,<br>　　　　Plaintiff,<br>　　v.<br>JULIO MENDEZ,<br>　　　　Defendant. | Case No. 21-cv-04035-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *Thompson v. Mendez, et al.*, Case No. 19-cv-06247-CRB

**IT IS SO ORDERED**.

Dated: July 6, 2021

_____
SALLIE KIM
United States Magistrate Judge